IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RUSSELLVILLE II, LLC,**
an Oregon limited liability
company,

        Plaintiff,

   v.

**CLARENDON NATIONAL INSURANCE COMPANY,** an Illinois company, and **AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS**, a Texas company,

        Defendants.

Case No. 3:15-cv-00641-MO

ORDER TO SHOW CAUSE

**MOSMAN, J.**,

    On October 30, 2015, Defendant American Hallmark Insurance Company of Texas filed its Motion for Summary Judgment [19]. Plaintiff had until November 23, 2015 to file a response. Plaintiff has not done so. Pursuant to Local Rule 41-2, IT IS ORDERED that Plaintiff appear in writing within 21 days from the date of this order to show cause why this case should not be dismissed for want of prosecution. If no appearance is made, this case will be dismissed.

    DATED this   2nd   day of December, 2015.

                              /s/ Michael W. Mosman
                              MICHAEL W. MOSMAN
                              United States District Judge

1 – ORDER TO SHOW CAUSE